IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SENCOA DEMIAR CRAWFORD,

Petitioner,

v.

MIKE WILLIAMS, SHERIFF OF
DUVAL COUNTY, FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1483

Opinion filed May 10, 2016.

Petition for Writ of Habeas Corpus – Original Jurisdiction.

Neil L. Weinreb, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee; Stephen J. Powell, Chief, Tort &
Labor Employment Division, Office of General Counsel, Jacksonville, for
Respondent.

PER CURIAM.

DENIED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.